Judge: Samuel J. Steiner

Chapter: 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: Brian Chang,<br><br>              Debtor | Bankruptcy Case No. 10-14263<br><br>**Adversary Case No. 11-01227-SJS** |
| Michael B. McCartney, as Chapter 7 trustee of the bankruptcy estate of Brian Chang,<br><br>              Plaintiff,<br><br>v.<br><br>Brian Chang,<br><br>              Defendant. | **ANSWER** |

Brian Chang, debtor in the above-captioned case, hereby answers as follows:

1.1    Admit.

Chang Answer- 1

COULTER MARTIN SMITH PLLC
1741 FIRST AVENUE SOUTH | SUITE 200
SEATTLE WA 98134
206.957.8181(T) | 206.260.2893 (F)

1.2 Admit.

1.3 Admit.

2.1 Admit.

2.2 Admit.

2.3 Deny.

2.4 Deny.

2.5 Deny.

2.6 Deny.

2.7 Deny and affirmatively state that this allegation is unsupported by a reasonably inquiry into the facts.

2.8 Deny and affirmatively state that the debtor provided full documentation to the trustee regarding payments made to family members.

3.1 Deny.

3.2 Deny.

3.3 Deny.

3.4 Deny.

3.5 Deny.

The debtor prays that he be granted the following relief:

4.1 That the trustee's complaint be dismissed and debtor's discharge be granted.

Chang Answer- 2

4.2    That the debtor be granted such further relief as the court deems just and equitable, including an award of his attorneys' fees and costs.

Respectfully submitted this 19th day of April, 2011, in Seattle, Washington.

COULTER MARTIN SMITH PLLC

/s/Jefferson Coutler
_____

Jefferson Coulter, WSBA # 28947
Attorney for Debtor

COULTER MARTIN SMITH PLLC
1741 FIRST AVENUE SOUTH | SUITE 200
SEATTLE WA 98134
206.957.8181(T) | 206.260.2893 (F)

## Certificate of Service

I hereby certify that on April 19, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all parties of record.

DATED this 19th day of April, 2010

/s/     Jefferson Coulter

Chang Answer- 4

COULTER MARTIN SMITH PLLC
1741 FIRST AVENUE SOUTH | SUITE 200
SEATTLE WA 98134
206.957.8181(T) | 206.260.2893 (F)